McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED

Jun 11, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

INFORMATION ASSOCIATED WITH THE SNAPCHAT ACCOUNT "im.chito" THAT IS STORED AT PREMISES CONTROLLED BY SNAP, INC.

CASE NO.   2:20-sw-0534 EFB

[~~PROPOSED~~] ORDER COMMANDING SNAP, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SEARCH WARRANT

**UNDER SEAL**

   The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding SNAP, INC., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account listed in the search warrant) of the existence of the attached search warrant for 180 days from the date of this Order.

   The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual.  *See* 18 U.S.C. § 2705(b).

   IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that SNAP, INC. shall not disclose the existence of the attached search warrant or this Order of the Court, to the listed subscriber or to any

1  other person, for 180 days from the date of this Order, except that SNAP, INC. may disclose the
2  attached search warrant to an attorney for SNAP, INC. for the purpose of receiving legal advice.
3     IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
4  ordered by the Court.

Dated: June 11, 2020

*/s/ Edmund F. Brennan*
Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE