McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Jun 11, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of:<br><br>INFORMATION ASSOCIATED WITH the ACCOUNT foreignn_lucchi, THAT IS STORED AT PREMISES CONTROLLED BY INSTAGRAM, LLC | CASE NO.   2:20-sw-0534 EFB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |
|---|---|

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: June 11, 2020

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

SEALING ORDER