MCGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



**FILED**

**Dec 08, 2020**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

INFORMATION ASSOCIATED WITH THE SNAPCHAT ACCOUNT "im.chito" THAT IS STORED AT PREMISES CONTROLLED BY SNAP, INC.

CASE NO. 2:20-SW-534-EFB

[PROPOSED] ORDER TO EXTEND PRECLUSION OF NOTICE PURSUANT TO 18 U.S.C. § 2705(b)

**UNDER SEAL**

### ORDER

IT APPEARING that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED that, pursuant to 18 U.S.C. § 2705(b), SNAP, INC. shall not disclose the existence of the SEARCH WARRANT, the application, or this Order of the Court, to the listed subscriber or to any other person, for 90 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the underlying SEARCH WARRANT will seriously jeopardize the investigation, including by: giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual.  *See* 18 U.S.C. § 2705(b).

1    IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that SNAP, INC. shall not disclose the existence of the underlying SEARCH WARRANT, or this Order of the Court, to the listed subscriber or to any other person, for 90 days from the date of this Order, except that SNAP, INC. may disclose the SEARCH WARRANT to an attorney for SNAP, INC. for the purpose of receiving legal advice.

   IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated:    December 8, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER